MHN

FILED
JAN 3 1 2008 aew
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Allen Bennett
　　　　Petitioner　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　　　　）　　　No. _____
　　　　　　　　　　　　　　　　　　）
Warden Donald A. Hulick et al　　　）
　　　　Respondent

### APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, Allen Bennett, respectfully requests the Court, ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ to grant (him/her) leave to (sue/defend) as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the (Petitioner/Respondent) in the above captioned legal proceedings.
2. I am a poor person and unable to (prosecute/defend) this action and am unable to pay the costs, fees, and expenses of this action.
3. My occupation or means of subsistence:
　(a) I am not currently employed due to my imprisonment at Menard Corr Ctr Correctional Center, but I receive (a state stipend/nominal wages) of $ -00- per month.
　(b) The amount and source of all other income or support are:
　　See attach Trust Fund ledger
4. My total income for the preceding year was $ 00
5. The sources and amount of income expected by me hereafter are:
　(None)　See attached Trust Fund ledger
6. The nature and current value of any property, real or personal, owned by me:
　(a) Real Estate: None
　　　Value: N/A
　(b) Motor Vehicle: none
　　　Value: N/A
　(c) Cash, savings, checking, etc.: none
　　　Value: N/A
　(d) Prison Trust Account: none
　　　Value: N/A
　(e) Other (eg., TV, etc.): none
　　　Value: N/A
7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows:

　　_____

8. I believe in good faith that I have a meritorious (claim/defense).

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　(Your signature)
　　　　　　　　　　　　　Type or print name Allen Bennett
　　　　　　　　　　　　　Register Number A-91421
　　　　　　　　　　　　　Menard Correctional Center
　　　　　　　　　　　　　Box 711
　　　　　　　　　　　　　Menard, Illinois 62259
　　　　　　　　　　　　　(Petitioner/Respondent), Pro Se

Revised Jan 2002

08CV688
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

## AFFIDAVIT OF SERVICE

I, __Allen Bennett__, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party (ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at __Menard__ Correctional Center, __Menard__ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid thereon, on this __24th__ day of __January__, 20 __08__.

_____
Signature

## VERIFICATION

I, __Allen Bennett__, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. **Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.**

_____
(Your signature)