FILED
JAN 3 1 2008 aew
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ALLEN BENNETT, (A-81422),
    Petitioner,

-vs-

DIRECTOR ROGER E. WALKER JR., and WARDEN DONALD A. HULICK,
    Respondents.

1 of 2 Petitions

Case No. _____

08CV688
JUDGE LINDBERG
MAGISTRATE JUDGE DENLOW

MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF HABEAS CORPUS (Immediate Release Claim) IN HANDWRITTEN FORM (State Prisoner)

Now comes the Petitioner, Allen Bennett, pro se, respectfully request permission to file the attached Petition in handwritten form.

Petitioner states that the standard forms in filing this action is not sufficient nor has any outline in presenting these claims before this Honorable Court. This handwritten Petition serves only to allow the Court to sufficiently address these claims and will not prejudice the respondents.

Wherefore, Petitioner prays that this Honorable Court grant him leave to file the attached Petition.

Respectfully submitted,

_____
Allen Bennett - Petitioner