

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>RECEIVED<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>FEB 0 4 2008<br>Office Of The Attorney General |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 2920 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

08 CV 688

# FILED

FEB 1 2 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008