# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 688 | **DATE** | February 13, 2008 |
| **CASE TITLE** | Bennett vs. Walker, *et al.* | | |

**DOCKET ENTRY TEXT:**

Petitioner Allen Bennett's petition [1] is transferred to the United States District Court for the Southern District of Illinois for preliminary consideration pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. The case is terminated on this Court's docket.

■ [**For further details see text below.**]   Docketing to mail notices.

## STATEMENT

Bennett, a state prisoner, brings this *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Bennett does not challenge his underlying state conviction for possession of a stolen vehicle; rather, he contests the effect a revocation of good conduct credits has on the calculation of his Mandatory Supervised Release (MSR).

The two adjustment committee proceedings resulting in Bennett's loss of good conduct credits took place at the Lawrence Correctional Center (Lawrence County). Lawrence County lies within the Southern District of Illinois. *See* 28 U.S.C. § 93(c). Under 28 U.S.C. § 2241(d), a state prisoner is authorized to file a petition for a writ of habeas corpus in either the federal judicial district of his confinement or the federal judicial district of his conviction. In either case, the Southern District of Illinois is the appropriate forum for this action.

The Court finds that Bennett's district of conviction and confinement is the proper forum for this action pursuant to 28 U.S.C. § 2241(d) and orders this action transferred to the United States District Court for the Southern District of Illinois. The case is terminated on this Court's docket. The Court notes, but makes no finding, that Bennett does not appear to have exhausted state court remedies prior to seeking federal habeas relief in connection with the challenged disciplinary convictions.

clh