

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

March 3, 2008

Norbert G. Jaworski, Clerk
104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE:  Bennett v. Hulick et al
Case No: 08cv688

Dear Clerk:

Pursuant to the order entered by Judge Honorable George W. Lindberg on February 13, 2008, the above record

- ■ was electronically transmitted to   Illinois Southern District Court

- ■ The following   paper   sealed   documents   are   being transferred to the court by certified mail   Document numbers:   5

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:     / s/ Enjoli Fletcher
          Deputy Clerk

Enclosures

New Case No. _____          Date _____

c:       Non-ECF Attorneys and Pro se Parties