



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

F I L E D
MAR 1 0 2008

MAR 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

March 3, 2008

Norbert G. Jaworski, Clerk
104 Melvin Price Federal Bldg and
United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

RE: Bennett v. Hulick et al
Case No: 08cv688

Dear Clerk:

Pursuant to the order entered by Judge Honorable George W. Lindberg on February 13, 2008, the above record

- was electronically transmitted to Illinois Southern District Court

- The following paper sealed documents are being transferred to the court by certified mail Document numbers: 5

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: / s/ Enjoli Fletcher
Deputy Clerk

Enclosures

New Case No. 08-165

**RECEIVED**

Date MAR 0 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

c: Non-ECF Attorneys and Pro se Parties